
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>INDICTMENT</u> |
| | ) | **JUDGE ADAMS** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **1 : 18  CR  18 5** |
| | ) | Title 18, Sections 2251(a), |
| MICHAEL D. NIXON, | ) | 2252(a)(2), 2252(a)(5)(B), |
| | ) | United States Code |
| Defendant. | ) | |

<u>COUNT 1</u>
(Sexual Exploitation of Children, 18 U.S.C. § 2251(a))

The Grand Jury charges:

From in or about November 1, 2017 through on or about November 29, 2017, in the

Northern District of Ohio, Eastern Division, Defendant, MICHAEL D. NIXON, did use,

persuade, induce, entice and coerce a minor (to wit: Minor Victim #1, whose identity is known to

the Grand Jury) to engage in sexually explicit conduct, as defined in Title 18, United States

Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and such

visual depiction was produced or transmitted using materials that had been mailed, shipped, and

transported in or affecting interstate or foreign commerce by any means, including by computer,

in violation of Title 18, United States Code, Section 2251(a).

## COUNT 2
(Sexual Exploitation of Children, 18 U.S.C. § 2251(a))

The Grand Jury further charges:

From in or about November 1, 2017 through on or about November 29, 2017, in the Northern District of Ohio, Eastern Division, Defendant, MICHAEL D. NIXON, did use, persuade, induce, entice and coerce a minor (to wit: Minor Victim #2, whose identity is known to the Grand Jury) to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and such visual depiction was produced or transmitted using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

## COUNT 3
(Sexual Exploitation of Children, 18 U.S.C. § 2251(a))

The Grand Jury further charges:

From in or about November 1, 2017 through on or about November 29, 2017, in the Northern District of Ohio, Eastern Division, Defendant, MICHAEL D. NIXON, did use, persuade, induce, entice and coerce a minor (to wit: Minor Victim #3, whose identity is known to the Grand Jury) to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and such visual depiction was produced or transmitted using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

## COUNT 4
(Sexual Exploitation of Children, 18 U.S.C. § 2251(a))

The Grand Jury further charges:

From in or about October 1, 2017 through on or about November 29, 2017, in the Northern District of Ohio, Eastern Division, Defendant, MICHAEL D. NIXON, did use, persuade, induce, entice and coerce a minor (to wit: Minor Victim #4, whose identity is known to the Grand Jury) to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and such visual depiction was produced or transmitted using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

## COUNT 5
(Sexual Exploitation of Children, 18 U.S.C. § 2251(a))

The Grand Jury further charges:

From in or about June 1, 2017 through on or about November 29, 2017, in the Northern District of Ohio, Eastern Division, Defendant, MICHAEL D. NIXON, did use, persuade, induce, entice and coerce a minor (to wit: Minor Victim #5, whose identity is known to the Grand Jury) to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and such visual depiction was produced or transmitted using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

## COUNT 6
(Receipt and Distribution of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, 18 U.S.C. § 2252(a)(2))

The Grand Jury further charges:

From on or about June 1, 2017 through on or about November 29, 2017, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant, MICHAEL D. NIXON, did knowingly receive and distribute, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 7
(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

On or about November 29, 2017, in the Northern District of Ohio, Eastern Division, Defendant, MICHAEL D. NIXON, did knowingly possess (2) Samsung Gusto 3 cellular phones that contained child pornography as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a

minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.